UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>FASHION NOVA, INC.,<br><br>    Defendant. | Case No. 20-cv-01434-JST<br><br>**SCHEDULING ORDER AND ORDER TO SHOW CAUSE** |

A case management conference was scheduled for today at 2:00 p.m. ECF No. 34. When Defendant's counsel did not appear, the Courtroom Deputy emailed the attorney of record. She reached an "out of office" outgoing email message that directed her to another attorney. When she emailed the second attorney, she received another "out of office" outgoing email message. The case management conference did not proceed as scheduled. A further case management conference is now scheduled for June 15, 2020 at 2:00 p.m. An updated case management statement is not required.

At the same date and time, Defendant and its counsel are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed against them. *Roadway Express, Inc. v. Piper,* 447 U.S. 752, 764-67 (1980) (federal courts have inherent power to impose monetary sanctions for willful disobedience of a court order after a litigant has been given notice and an opportunity to be heard). A written response to this order to show cause is due by May 25, 2021.

**IT IS SO ORDERED.**

Dated: May 18, 2021

_____
JON S. TIGAR
United States District Judge