ROBERT W. CONTI, Bar No. 137307
rconti@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Facsimile: 949.724.1201

Attorneys for Defendant FASHION NOVA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION NOVA, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:20-cv-01434-JST<br><br>**DECLARATION OF ROBERT W. CONTI IN RESPONSE TO ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILING TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

I, ROBERT W. CONTI, hereby declare and state:

1. I am a shareholder with the law firm of Littler Mendelson and am lead counsel for Defendant FASHION NOVA, INC. ("Defendant") in the above-captioned matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I am filing this declaration in response to the Court's May 18, 2021 Order to Show Cause why sanctions should not be imposed for not appearing for the May 18, 2021 case management conference. Except where otherwise indicated, all the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. It is this firm's custom and practice to make certain that all dates issued by a court be promptly calendared. It is my custom and practice as well. In this instance, instead of using the firm's formal calendaring process, I relied upon a colleague who mistakenly calendared the case management conference at 8:00 a.m. on May 18, 2021. As counsel of record, I understand and acknowledge that it is my ultimate responsibility to make certain that all dates are calendared properly and that I appear as directed by the Court.

3. At or around 2:50 p.m. on May 18, this Court's Courtroom Deputy sent an email to me, my assistant, counsel for Plaintiff and their paralegal, and my colleague who has the primary client relationship with Defendant. I had been away from my computer earlier in the day, and I had an out of office message on. My assistant also was not working at that time and had an out of office message on. My colleague called me at or around 2:59 after he received and reviewed the email from the Courtroom Deputy.

4. I immediately attempted to dial into the conference, but I mistakenly clicked the Zoom Guidance and Setup link thinking it was the link to the conference. It took me some time to realize my mistake and locate the appropriate link. I then had trouble connecting with that link. By the time I did so, however, the conference had concluded. I received an email at or around 3:03 p.m. from the Courtroom Deputy notifying all of the parties that the hearing had concluded. When I saw that email, I immediately responded apologizing to the Court and the parties and explained that I was having connectivity issues.

5.  I sincerely apologize for my failure to ensure that the case management conference was properly calendared and to ensure that I was able to log in to the conference before I was expected to appear before the Court. I want to assure this Court that I hold sacrosanct its orders and endeavor to make certain they are met to the letter. I regret that I failed on this occasion.

6.  Accordingly, I respectfully request that this Court forego, this time, the imposition of monetary sanctions.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 25th day of May 2021 in Long Beach, California.

/s/Robert W. Conti
Robert W. Conti

4822-2460-4906.2 / 096313-1016

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000
2050 Main Street

3.