Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff JUAN ALCAZAR and Proposed Class*

ROBERT W. CONTI, Bar No. 137307
rconti@littler.com
Charles Cannizzaro, SBN 280895
ccannizzaro@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Rd.
Suite 800
Irvine, CA 92612
Telephone: 949.705.3000
Facsimile: 949.724.1201

*Attorneys for Defendant FASHION NOVA, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:20-cv-01434-JST<br><br>*Hon. Judge Jon S. Tigar*<br><br>Courtroom 6 – 2nd Floor<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Complaint Filed:   February 26, 2020<br>Trial Date:            Not Set |

The Parties, by and through their undersigned counsel, submit this Joint Case Management Conference Statement in anticipation of the Case Management Conference scheduled for Friday October 29, 2021 at 1:30 p.m., via video conference before the Honorable Judge Jon S. Tigar.

1. **STATUS OF DISCOVERY**

   **A. Plaintiffs Position:**

   The Parties have exchanged initial disclosures.

   On the nineteenth and twentieth of May 2020, Plaintiff propounded Form Interrogatories and Requests for Production, but no responses were provided by Defendant due to the stay in place at that time.

   Further, on October 08, 2021, Plaintiff again propounded his first set of discovery on Defendant. Plaintiff's propounded discovery consists of Requests for Admissions, Interrogatories, Requests for Production, and Notice of Taking Deposition of Person Most Knowledgeable ("PMK") for Defendant pursuant to Fed. R. Civ. P. 30(b)(6). Plaintiff noticed Defendant's PMK's deposition for November 09, 2021. As Defendant's response deadline has not passed, Plaintiff awaits Defendant's responses to discovery propounded.

   Additionally, Plaintiff plans to propound a second set of discovery on Defendant and may seek a Court order permitting Plaintiff to propound additional interrogatories, as may be necessary.

   In the event that Defendant's responses are improper, and Defendant fails to provide proper supplementary responses, Plaintiff may need to file a Motion to Compel.

   To date, Defendant has not propounded any Discovery on Plaintiff.

   **B. Defendant's Position:**

   Defendant agrees with Plaintiff's position above. Defendant has not propounded any discovery to date. Defendant is working to respond to Plaintiff's discovery requests and intends to propound Requests for Admission, Interrogatories, Requests for

Production, and a Notice of Taking Plaintiff's Deposition before the Case Management Conference on Friday, October 29, 2021 at 1:30 p.m.

2. **Other Issues Requiring the Court's Attention**

   A. Plaintiff's Position:

   None at this time.

   B. Defendant's Position:

   None at this time.

**Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.**

Dated:   October 22, 2021                    WILSHIRE LAW FIRM

                                             By: /s/ Thiago M. Coelho
                                                 Thiago M. Coelho, Esq.
                                                 Attorneys for Plaintiff
                                                 JUAN ALCAZAR

Dated:   October 22, 2021                    LITTLER MENDELSON, PC

                                             By: /s/ Robert W. Conti
                                                 Robert Conti
                                                 Charles Cannizzaro
                                                 Attorneys for Defendant
                                                 FASHION NOVA, INC.

**Certification Pursuant to ECF Administrative Policies and Procedures**

    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant Fashion Nova, Inc., and that I have obtained authorization to affix all electronic signatures to this document.

Dated: October 22, 2021          By: */s/Thiago M. Coelho*
                                                      Thiago M. Coelho