Chad S. Hummel (SBN 139055)
chummel@sidley.com
Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
Marissa X. Hernandez (SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
FASHION NOVA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> FASHION NOVA, INC., a California Corporation, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 4:20-cv-01434-JST <br><br> Assigned to Hon. Jon S. Tigar <br><br> **DECLARATION OF RICKY CHANDNANI IN SUPPORT OF DEFENDANT FASHION NOVA, INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE, OR ALTERNATIVELY, TO LIMIT, THE EVIDENCE, TESTIMONY, AND/OR ARGUMENT RE: EXPERT OPINIONS OF ROBERT MOODY** <br><br> Hearing Date:   January 4, 2024 <br> Trial Date:       April 8, 2024 <br> Complaint Filed: February 26, 2020 |

I, Ricky Chandnani, hereby declare and state:

1. I am the Chief Financial Officer of FASHION NOVA, INC., Defendant in the above-captioned matter. I am filing this declaration in support of Defendant's Motion to Exclude, or Alternatively, to Limit, the Evidence, Testimony, and/or Argument re Expert Opinions of Robert Moody. Except where otherwise indicated, all the information contained herein is based upon my personal knowledge and if called and sworn as a witness, I could and would competently testify thereto.

2. As Chief Financial Officer, I am familiar with all of Fashion Nova's locations, its advertising, and where its merchandise is primarily sold and located. I have held the position of Chief Financial Officer since June 2021.

3. Fashion Nova is an online retailer that primarily sells women's clothing, shoes, and other accessories.

4. Fashion Nova has five brick-and-mortar stores—all in Southern California—in Burbank, Montebello, Northridge, Panorama City, and Los Angeles.

5. The hours of the five retail stores are not listed on Fashion Nova's website.

6. Fashion Nova's website does not contain a "store locator" function that enables a customer to search for nearby stores. Instead, the five store addresses are listed on a page on the website. *See* https://www.fashionnova.com/pages/locations.

7. The merchandise available in Fashion Nova's physical stores is available online; however only a small percentage of SKUs available online is also available in Fashion Nova's physical stores. For example, in October 2023, only 3.8% of SKUs available online were also available in Fashion Nova's physical stores.

8. Fashion Nova does not offer online customers the option of in-store pickup for online merchandise purchases.

9. Fashion Nova does not sell or advertise merchandise from its physical locations with coupons or promotions on its website. The promotions and pricing for the physical location and website are typically different.

10. In my experience, Fashion Nova customers do not interact with the website as a gateway to the physical stores. For example, in the seven days ending November 29, 2023, 778,412 unique searches were run on the www.fashionnova.com website and only 1 of those searches was for "store" and only 1 search was for "stores." Fashion Nova's on-line sales account for 99.6% of the company's revenue, while physical stores only account for .4% of total company sales.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 30th day of November, 2023 in Los Angeles, California.

_____
Ricky Chandnani