Chad S. Hummel (SBN 139055)
chummel@sidley.com
Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9662
Facsimile: (310) 595-9501

Eric B. Schwartz (SBN 266554)
eschwartz@sidley.com
Anna Tutundjian (SBN 309969)
atutundjian@sidley.com
Marissa X. Hernandez (SBN 341449)
marissa.hernandez@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
*Fashion Nova, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, INC., a California Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:20-cv-01434-JST<br><br>Assigned to Hon. Jon S. Tigar<br><br>**DECLARATION OF ERIC B. SCHWARTZ IN SUPPORT OF DEFENDANT FASHION NOVA, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINION OF ROBERT MOODY**<br><br>[Filed concurrently with Memorandum of Points and Authorities; and Proposed Order] |

1      I, Eric B. Schwartz, declare as follows:

2      1.     I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendant Fashion Nova, Inc. ("Fashion Nova") in this action. I submit this declaration in support of Fashion Nova, Inc.'s Memorandum of Points and Authorities in Support of its Motion to Exclude the Expert Opinion of Robert Moody. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Report of Robert Moody, dated June 23, 2023.

3.     Attached hereto as **Exhibit B** is a true and correct copy of the excerpts from the October 26, 2023 Deposition Transcript of Robert Moody.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 30th day of November 2023, in Los Angeles, California.

*/s/ Eric B. Schwartz*
Eric B. Schwartz

2

DECLARATION OF ERIC B. SCHWARTZ IN SUPPORT OF DEFENDANT FASHION NOVA, INC.'S MOTION TO EXCLUDE
EXPERT OPINION OF ROBERT MOODY
CASE NO. 4:20-CV-01434-JST

4877-3780-1108v.2