# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>FASHION NOVA, INC., a California Corporation, and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No. 4:20-cv-01434-JST<br><br>Assigned to Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FASHION NOVA, INC.'S MOTION TO EXCLUDE EXPERT OPINIONS OF ROBERT MOODY**<br><br>[Filed concurrently with Motion to Exclude Expert Opinions of Robert Moody and Declaration of Eric B. Schwartz] |

**[PROPOSED] ORDER**

Upon consideration of Fashion Nova, Inc.'s ("Fashion Nova") Motion to Exclude the Expert Opinions of Robert Moody ("Motion"), the parties' submissions and arguments in support, and other materials properly before the Court, **IT IS HEREBY ORDERED** that the Motion is **[GRANTED / DENIED]**.

**IT IS SO ORDERED.**

Dated: _____, 2023

HON. JON S. TIGAR
United States District Judge