Thiago M. Coelho, SBN 324715
*thiago@wilshirelawfirm.com*
Shahin Rezvani, SBN 199614
*srezvani@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juan Alcazar*
*and the Nationwide and California*
*Classes*

Amy P. Lally, SBN 198555
*alally@sidley.com*
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-6662
Facsimile: (310) 595-6662

Eric B. Schwartz, SBN 266554
*eschwartz@sidley.com*
Anna Tutundjian, SBN 309969
*atutundjian@sidley.com*
Marissa X. Hernandez, SBN 341449
*marissa.hernandez@sidley.com*
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
*Fashion Nova, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.: 4:20-cv-01434-JST<br><br>*Assigned to Hon. Jon S. Tigar*<br>*Courtroom 6*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: February 26, 2020<br>Trial Date:     April 8, 2024 |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

Plaintiff Juan Alcazar ("Plaintiff") and Defendant Fashion Nova, Inc. ("Defendant") (collectively, the "Parties"), hereby notify the Court that the claims of Plaintiff and the Classes have settled. Plaintiff will file a Motion for Preliminary Approval, along with all supporting documents within a reasonable time.

The parties therefore respectfully request that the Dispositive Motion Hearing set for February 29, 2024 at 2:00 PM be vacated along with all other current scheduled dates.

Dated:  February 1, 2024                    Respectfully submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiff Juan Alcazar and Attorneys for Plaintiffs and the Nationwide and California Classes*

Dated:  February 1, 2024                    Respectfully submitted,

By: */s/ Amy P. Lally*
Amy P. Lally
Eric B. Schwartz
Anna Tutundjian
Marissa X. Hernandez
**SIDLEY AUSTIN LLP**
*Attorneys for Defendant Fashion Nova, Inc.*

NOTICE OF SETTLEMENT