Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Shahin Rezvani, SBN 199614
srezvani@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Amy P. Lally, SBN 198555
alally@sidley.com
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-6662
Facsimile: (310) 595-6662

Eric B. Schwartz, SBN 266554
eschwartz@sidley.com
Anna Tutundjian, SBN 309969
atutundjian@sidley.com
Marissa X. Hernandez, SBN 341449
marissa.hernandez@sidley.com
**SIDLEY AUSTIN LLP**
350 South Grand Ave.
Los Angeles, California 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Fashion Nova, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01434-JST<br><br>**ORDER APPROVING STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL PURSUANT TO L.R. 6-2**<br><br>Judge: Hon. Jon S. Tigar |

By and through counsel, Plaintiff Juan Alcazar ("Plaintiff") and Defendant Fashion Nova, Inc. ("Fashion Nova") (collectively, the "Parties"), hereby stipulate as follows:

1. WHEREAS, on February 1, 2024, the Parties filed a notice of settlement (ECF No. 184);

2. WHEREAS, on February 5, 2024, the Court set April 4, 2024 as the deadline to file the Motion for Preliminary Approval (ECF No. 185);

3. WHEREAS, Class Counsel is still in the process of collecting bids from potential settlement administrators in accordance with this District's Procedural Guidance for Class Action Settlements, Guidance 2;

4. WHEREAS, the Parties are still in the process of negotiating the Settlement Agreement;

5. WHEREAS, the Parties agree to a three-week extension to the **April 4, 2024** preliminary approval filing deadline up to and including **April 25, 2024**;

6. WHEREAS, there have been no prior requests to modify or extend the Motion for Preliminary Approval deadline;

7. WHEREAS, the effect of the requested modification would not materially impact the case schedule because settlement notice has not been disseminated.

8. THEREFORE, the Parties hereby stipulate to the following preliminary approval deadline:

| Motion | Current Date | Revised Date |
|---|---|---|
| Motion for Preliminary Approval | April 4, 2024 | April 25, 2024 |

Dated: March 29, 2024                                Respectfully submitted,

By: */s/Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

1
STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL PURSUANT TO L.R. 6-2

Dated: March 29, 2024

By: */s/Amy P. Lally*
Amy P. Lally
**SIDLEY AUSTIN LLP**
*Attorneys for Defendant*
*Fashion Nova, Inc.*

### [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties stipulation, and for good cause appearing, hereby **ORDERS** that the deadline for filing the Motion for Preliminary Approval is continued to April 25, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 1, 2024

_____
HON. JON S. TIGAR
U.S. DISTRICT COURT JUDGE

2
STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL PURSUANT TO L.R. 6-2