Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Shahin Rezvani, SBN 199614
*shahin.rezvani@wilshirelawfirm.com*
Jennifer Leinbach, SBN 281404
*jennifer.leinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jesse.chen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Amy P. Lally, SBN 198555
*alally@sidley.com*
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-6662
Facsimile: (310) 595-6662

Eric B. Schwartz, SBN 266554
*eschwartz@sidley.com*
Anna Tutundjian, SBN 309969
*atutundjian@sidley.com*
Marissa X. Hernandez, SBN 341449
*marissa.hernandez@sidley.com*
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Fashion Nova, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01434-JST<br><br>**NOTICE REGARDING SUBMITTED MATTER (LOCAL RULE 7-13)** |

TO THE COURT:

Pursuant to Local Rule 7-13, please take notice that on May 16, 2024, Plaintiff filed his unopposed Motion for Preliminary Approval of Proposed Settlement (the "Motion," ECF No. 192). On July 23, 2024, the Court entered a Clerk's Notice Vacating the Motion Hearing, finding the matter suitable for disposition without oral argument (ECF No. 196). As of November 21, 2024, more than 120 days have passed since the Court took the matter under submission.

Dated: November 22, 2024            Respectfully submitted,

                                    By: */s/ Shahin Rezvani*
                                        Thiago M. Coelho
                                        Shahin Rezvani
                                        Jennifer Leinbach
                                        **WILSHIRE LAW FIRM, PLC**
                                        *Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Dated: November 22, 2024            Respectfully submitted,

                                    By: */s/ Amy P. Lally*
                                        Amy P. Lally
                                        Eric B. Schwartz
                                        Anna Tutundjian
                                        Marissa X. Hernandez
                                        **SIDLEY AUSTIN LLP**
                                        *Attorneys for Defendant Fashion Nova, Inc.*

1

**NOTICE REGARDING SUBMITTED MATTER (LOCAL RULE 7-13)**

**ATTESTATION OF CONCURRENCE OF FILING**

In accord with the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

                                                  /s/ Shahin Rezvani
                                                  Shahin Rezvani