Thiago M. Coelho, SBN 324715
*thiago.coelho@wilshirelawfirm.com*
Jennifer Leinbach, SBN 281404
*jennifer.leinbach@wilshirelawfirm.com*
Jesenia A. Martinez, SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jesse.chen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Amy P. Lally, SBN 198555
*alally@sidley.com*
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-6662
Facsimile: (310) 595-6662

Eric B. Schwartz, SBN 266554
*eschwartz@sidley.com*
Anna Tutundjian, SBN 309969
*atutundjian@sidley.com*
Marissa X. Hernandez, SBN 341449
*marissa.hernandez@sidley.com*
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Fashion Nova, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01434-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES IN THE ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED AMENDED SETTLEMENT**<br>**[ECF No. 203]** |

JOINT STIPULATION RE: NOTICE AND RELATED DEADLINES OF PROPOSED
CLASS ACTION SETTLEMENT

Plaintiff Juan Alcazar ("Plaintiff") and Defendant Fashion Nova, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, jointly stipulate to and request the entry of an order for a short 30-day extension of the deadlines set in the Order Granting Plaintiff's Motion for Preliminary Approval of Proposed Amended Settlement ("Order") [ECF No. 203].

*Whereas,* the Court entered the Order on May 14, 2025, and set the following deadlines:

| Event | Deadline |
|---|---|
| Class Action Fairness Notice | May 23, 2025 |
| Deadline to commence mailing notice to organizations for the visually impaired and implementation of digital notice program | May 21, 2025 |
| Deadline to commence posting notice of the proposed settlement on the Settlement Website | May 21, 2025 |
| Motion for attorney's fees, costs, and incentive awards due | July 22, 2025 |
| Deadline to object to settlement, attorney's fees request, or incentive awards | September 19, 2025 |
| Deadline for California Class Members to file a claim | September 19, 2025 |
| Motion for final approval (including responses to objections) due | October 23, 2025 |
| Final Approval Hearing | January 8, 2026 |

*Whereas*, Plaintiff promptly sent the order to the settlement administrator on the same day it was entered (May 14, 2025);

*Whereas*, the Order's deadline for the settlement administrator to commence mailing and posting notices is May 21, 2025;

1

JOINT STIPULATION RE: NOTICE AND RELATED DEADLINES OF PROPOSED
CLASS ACTION SETTLEMENT

*Whereas*, the settlement administrator reported to the Parties that it could not assemble and distribute the notices by the May 21, 2025 deadline and require at least 30 days after receiving the Court's Order to execute the tasks necessary;

*Whereas*, the parties met and conferred to extend all deadlines by 30 days to accommodate the settlement administrator to execute the necessary tasks.

**IT IS HEREBY STIPULATED** that the Parties jointly request the entry of an order extending the deadlines set in the Order Granting Plaintiff's Motion for Preliminary Approval of Proposed Amended Settlement [ECF No. 203] as follows:

| Event | Deadline |
| --- | --- |
| Class Action Fairness Notice | June 23, 2025 |
| Deadline to commence mailing notice to organizations for the visually impaired and implementation of digital notice program | June 20, 2025 |
| Deadline to commence posting notice of the proposed settlement on the Settlement Website | June 20, 2025 |
| Motion for attorney's fees, costs, and incentive awards due | August 21, 2025 |
| Deadline to object to settlement, attorney's fees request, or incentive awards | October 20, 2025 |
| Deadline for California Class Members to file a claim | October 20, 2025 |
| Motion for final approval (including responses to objections) due | December 12, 2025 |
| Final Approval Hearing | Thursday, February 12, 2026 @ 2:00 p.m. or at the Court's Convenience |

**IT IS SO STIPULATED**.

Dated:  May 16, 2025                    Respectfully submitted,

                                         By: */s/ Thiago M. Coelho*
                                              Thiago M. Coelho
                                              Jennifer Leinbach
                                              **WILSHIRE LAW FIRM, PLC**
                                              *Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Dated:  May 16, 2025                    Respectfully submitted,

                                         By: */s/ Amy P. Lally*
                                              Amy P. Lally
                                              Eric B. Schwartz
                                              Anna Tutundjian
                                              Marissa X. Hernandez
                                              **SIDLEY AUSTIN LLP**
                                              *Attorneys for Defendant Fashion Nova, Inc.*

**ATTESTATION OF CONCURRENCE OF FILING**

In accord with the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

/s/ *Thiago M. Coelho*
Thiago M. Coelho

# [PROPOSED] ORDER

Having reviewed the parties' stipulation and good cause appearing therefore, it is hereby ordered that the deadlines set in the Order Granting Plaintiff's Motion for Preliminary Approval of Proposed Amended Settlement [ECF No. 203] are extended and modified as follows:

| Event | Deadline |
| --- | --- |
| Class Action Fairness Notice | June 23, 2025 |
| Deadline to commence mailing notice to organizations for the visually impaired and implementation of digital notice program | June 20, 2025 |
| Deadline to commence posting notice of the proposed settlement on the Settlement Website | June 20, 2025 |
| Motion for attorney's fees, costs, and incentive awards due | August 21, 2025 |
| Deadline to object to settlement, attorney's fees request, or incentive awards | October 20, 2025 |
| Deadline for California Class Members to file a claim | October 20, 2025 |
| Motion for final approval (including responses to objections) due | December 12, 2025 |
| Final Approval Hearing | Thursday, February 12, 2026 @ 2:00 p.m. ~~or~~ _____ |

**IT IS SO ORDERED.**

Date: May 21, 2025

_____
Hon. Jon S. Tigar
United States District Court Judge