UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN ALCAZAR,

        Plaintiff,

   v.

FASHION NOVA, INC.,

        Defendant.

Case No. 20-cv-01434-JST

**ORDER REGARDING EVIDENTIARY HEARING ON MARCH 30, 2026**

Re: ECF No. 219

The Court set an evidentiary hearing on March 30, 2026 at 9:30 a.m. to determine whether the claims website accessibility issues the United States identified affected the ability of class members to file a claim.  ECF No. 219.  The United States filed a statement affirming that it continued to find the claims website inaccessible despite Plaintiff's assurances.  ECF No. 222.

The Court now orders that by March 23, 2026, parties and the United States shall submit a joint proposal regarding how the evidentiary hearing scheduled on March 30, 2026 should be conducted.  The Court will be in session for no more than two and a half hours with a short break.

**IT IS SO ORDERED.**

Dated:  March 18, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California