Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jennifer M. Leinbach, SBN 281404
jleinbach@wilshirelawfirm.com
Jesenia A. Martinez, SBN 316969
jesenia.martinez@wilshirelawfirm.com
Jesse S. Chen, SBN 336294
jchen@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Juan Alcazar and the Nationwide and California Classes*

Amy P. Lally, SBN 198555
alally@sidley.com
Eric B. Schwartz, SBN 266554
eschwartz@sidley.com
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Telephone: (310) 595-6662
Facsimile: (310) 595-6662

*Attorneys for Defendant Fashion Nova, Inc.*

HARMEET K. DHILLON, Assistant
Attorney General (CABN 207873)
R. JONAS GEISSLER, Deputy Assistant
Attorney General (NJBN 025752001)
KEVIN J. KIJEWSKI, Deputy Chief (IL
ARDC 6226876)
DAVID W. KNIGHT, Trial Attorney
(MDAN 0412140410)
U.S. Department of Justice
950 Pennsylvania Ave., N.W. - 4CON
Washington, DC 20530
Telephone: (202) 305-5361
david.knight@usdoj.gov

*Attorneys for United States of America*

CRAIG H. MISSAKIAN, United States
Attorney (CABN 125202)
MICHAEL A. KEOUGH, Assistant United
States Attorney (NYRN 5199666)
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION NOVA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-01434-JST<br><br>**JOINT PROPOSAL REGARDING CONDUCT OF MARCH 30, 2026 ZOOM EVIDENTIARY HEARING**<br>***[Related to ECF Nos. 219, 224]***<br><br>Complaint Filed: February 26, 2020<br>Trial Date:        None |

JOINT PROPOSAL

The parties submit this joint proposal on behalf of Plaintiff, Defendant Fashion Nova, Inc., and the United States regarding the conduct of the March 30, 2026, Zoom evidentiary hearing. Consistent with the Court's February 17, 2026, Order, the parties understand that the hearing is to determine whether the claims website accessibility issues identified by the United States affected the ability of class members to file a claim.

Plaintiff proposes that the Department of Justice proceed first, followed by Plaintiff. The United States proposes that Plaintiff proceed first, as outlined below. The parties have agreed that the hearing will proceed through standard direct and cross-examination, with a 60-minute chess clock for Plaintiff and the Department of Justice.[1]

1. **Proposal for Order of Proof and Live Demonstration**

a. **Plaintiff's Proposal** As the interested party, the Department of Justice proceeds first, followed by Plaintiff. The Department of Justice can present its witness or witnesses, subject to Plaintiff's cross-examination. Plaintiff can present its witness or witnesses, subject to cross-examination by the Department of Justice.

b. **United States' Proposal**. The United States proposes that Plaintiff, who bears the burden on the underlying motion, present first, consistent with the Court's order directing that "Plaintiffs shall offer the testimony of someone with personal knowledge verifying that the website presented at the hearing is the same in all respects as the website used by class members when making a claim. The Court and/or counsel, at the Court's direction, will then undertake the process of submitting a 'claim' through the claims website." The United States may cross-examine Plaintiff's witnesses, and then present its own witnesses subject to cross-examination by Plaintiff.

2. **Time Allocation**

a. Plaintiff and the Department of Justice should each receive 60 minutes on a chess clock;

b. Each side's 60 minutes should encompass its direct examinations and cross-examinations. Plaintiff asks for rebuttal, if necessary and appropriate; the United States does not agree that rebuttal will be necessary or appropriate;

---

[1] Fashion Nova reserves the right to ask questions if necessary and allowed by the Court.

1

JOINT PROPOSAL

**c.** Witness presentation should proceed through standard direct and cross-examination; and

**d.** No closing argument should be provided.

This allocation provides 120 minutes of party time within the Court's two-and-a-half-hour limit.

**3.   Pre-Hearing Exchanges and Logistics**

**a.** The parties and the United States will mutually exchange witness lists no later than 5:00 p.m. Pacific Time two court days before the hearing.

**b.** No later than March 27, 2026, the parties and the United States should exchange exhibit lists and requested stipulations regarding authenticity and foundation for exhibits that they intend to offer into evidence.

Dated:  March 23, 2026                                    Respectfully submitted,

                                                    By: */s/ Thiago M. Coelho*
                                                          Thiago M. Coelho
                                                          Jennifer M. Leinbach
                                                          **WILSHIRE LAW FIRM, PLC**
                                                          *Attorneys for Plaintiff Juan Alcazar and*
                                                          *Attorneys for Plaintiff and the Nationwide*
                                                          *and California Classes*

Dated:  March 23, 2026                                    Respectfully submitted,

                                                    By: _____
                                                          Amy P. Lally
                                                          Eric B. Schwartz
                                                          **SIDLEY AUSTIN LLP**
                                                          *Attorneys for Defendant*
                                                          *Fashion Nova, Inc.*

Dated:  March 23, 2026                                    Respectfully submitted,

                                                          _____
                                                          MICHAEL A. KEOUGH
                                                          Assistant United States Attorney

JOINT PROPOSAL