# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

---

Date:       March 30, 2026                Judge:      JON S. TIGAR
Time:       2 hours, 9 minutes

Case No.    20-cv-01434-JST
Case Name   **Juan Alcazar v. Fashion Nova, Inc.**

Attorney(s) for Plaintiff(s):    Thiago Coelho
Attorney(s) for Defendant(s):    Amy Lally; Eric Schwartz
                                 Michael Keough; David Knight – Interested Party USA

Deputy Clerk:    Dianna Shoblo                Court Reporter:    Stephen Franklin

## PROCEEDINGS

Evidentiary Hearing - held

## RESULT OF HEARING

The following witnesses were called for the Plaintiff: Trevor Jones, Julie Green, Dr. William Easstom.

The following witness was called for the Government: Terri Savage.

Arguments presented.  Court takes the matter under submission.